Exhibit A

18025
140264
5/30/13

OMB No. 1615-0102; Expires 01/31/2015

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form G-639, Freedom of Information/Privacy Act Request**

**NOTE:** Use of this form is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.

**START HERE - Type or print in black ink. Read instructions before completing this form.**

**1. Type of Request** *(Check appropriate box. **NOTE:** If you are filing this request for records on behalf of another individual, please respond to Number 1 as it would apply to that individual.)*

[X] Freedom of Information Act (FOIA): I am not a U.S. citizen/Lawful Permanent Resident and I am requesting my own records.

[ ] Freedom of Information Act (FOIA): I am a U.S. citizen/Lawful Permanent Resident and I am requesting documents other than my own records.

[ ] Privacy Act (PA): I am a U.S. citizen/Lawful Permanent Resident and I am requesting my own records.

[ ] Amendment of Record (PA only): I am a U.S. citizen/Lawful Permanent Resident and I am requesting amendment of my own records.

[ ] Other: _____

**2. Description of Record(s) Requested:**

**NOTE:** While you are not required to respond to all items in Number 2, failure to provide complete and specific information as requested may result in a delay in processing or an inability to locate the record(s) or information requested.

[X] Complete Alien File (A-File)

[ ] Other *(please specify):* _____

**Purpose:** *(Optional: You are not required to state the purpose of your request. However, doing so may assist USCIS in locating the record(s) needed to respond to your request.)*

**We would like to obtain any and all records of entry into the United States or departures from the United States after January 1, 2005, any and all records of I-94?s pertaining to this person after January 1, 2005.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name | |
|---|---|---|---|
| **Orellana Sanchez** | **Marta** | **Alicia del Carmen** | |
| Other Names Used *(if any)* | | Name at time of entry into the U.S. | I-94 Admission # |
| **Marta Orellana; Marta Sanchez** | | **Marta Alicia Orellana** | **none** |
| Alien Registration Number *(A#)* | Petition or Claim Receipt # | Country of Birth | Date of Birth *(mm/dd/yyyy)* |
| **unknown** | | **El Salvador** | |

**Names of other family members that may appear on requested record(s)** *(i.e., spouse, daughter, son):*

| Family Member's Name: Given Name *(First Name)* | Middle Name | Family Name *(Last Name)* | Relationship |
|---|---|---|---|
| | | | |
| **Father's Name:** Given Name *(First Name)* | Middle Name | Family Name *(Last Name)* | |
| **Jaime** | **Omar** | **Orellana Guevara** | |
| **Mother's Name:** Given Name *(First Name)* | Middle Name | Family Name *(Last Name, including Maiden Name)* | |
| **Maria** | **Beti** | **Sanchez** | |
| Country of Origin *(Place of Departure)* | Port of Entry Into the U.S. | Date of Entry *(mm/dd/yyyy)* | |
| **El Salvador** | **El Paso, TX** | **09/2005** | |
| Manner of Entry *(Air, Sea, Land)* | Mode of Travel *(Name of Carrier)* | | |
| **land** | **walking** | | |

## 3. Subject of Record Consent to Release Information *(Must be signed by the subject of record(s) requested.)*

*By my signature, I consent to allow USCIS to release to the requester named in Number 5 (Check applicable box):*

[X] All of my records          [ ] A portion of my records *(If a portion, specify below what part, i.e., copy of application.)*

Print Name of Subject of Record          **Marta Alicia del Carmen Orellana Sanchez**

Signature of Subject of Record     *~signature~*          Date *(mm/dd/yyyy)*  5 - 22 - 13

[ ] Deceased Subject - **Proof of death must be attached** *(Obituary, Death Certificate, or other proof of death required)*

## 4. Verification of Identity *(Required; Fill out all that apply.)*

| Name of Subject of Record *(First, Middle, Last)* | | Daytime Telephone | E-mail Address |
|---|---|---|---|
| **Marta**          **A**   **Orellana Sanchez** | | | |
| Address *(Street Number and Name)* | | | Apt. Number |
| | | | |
| City | State | | Zip Code |
| **Basalt** | **CO** | | **81621** |
| Date of Birth *(mm/dd/yyyy)* | Place of Birth | | |
| **10/30/1986** | **Ciudad Barrios**          **El Salvador** | | |

**The Subject of Record must provide a signature under either a Notarized Affidavit of Identity or a Sworn Declaration Under Penalty of Perjury:**

[X] Notarized Affidavit of Identity

Signature of Subject of Record     *~signature~*          Date *(mm/dd/yyyy)*  5-22-13

Subscribed and sworn to before me this 22nd day of May, 2013          Telephone No.

Signature of Notary     *~signature~*          My Commission Expires on

OR

**CRYSTAL M. VERDEJA**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20054012300**
**MY COMMISSION EXPIRES APRIL 20, 2017**

[ ] Sworn Declaration Under Penalty of Perjury

**Executed outside the United States**

If executed outside the United States: "I declare (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

**Executed in the United States**

If executed within the United States, its territories, possessions, or commonwealths: "I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct."

Signature of Subject of Record                    Signature of Subject of Record

## 5. Requester Information

**By my signature, I consent to pay all costs incurred for search, duplication and review of materials up to $25** *(See instructions)*

Signature of Requester:

| Name of Requester *(Fill out if different from the Subject of Record.)* | | Daytime Telephone | E-mail Address |
|---|---|---|---|
| **Smith, Jennifer M** | | | |
| Address *(Street Number and Name)* | | | Apt. Number |
| **1607 Grand Avenue, Suite 22, P.O Box 3005** | | | |
| City | State | | Zip Code |
| **Glenwood Springs** | **CO** | | **81602** |



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

---

## Part 1. Information About Attorney or Accredited Representative

**Name and Address of Attorney or Accredited Representative**

**1.a.** Family Name *(Last Name)* — Smith

**1.b.** Given Name *(First Name)* — Jennifer

**1.c.** Middle Name — M

**2.** Name of Law Firm or Recognized Organization
Law Office of Jennifer Smith

**3.** Name of Law Student or Law Graduate

**4.** State Bar Number — 32013

**5.a.** Street Number — 1607

**5.b.** Street Name — Grand Avenue

**5.c.** Apt. ☐  Ste. ☒  Flr. ☐  22

**5.d.** City or Town — Glenwood Springs

**5.e.** State — CO    **5.f.** Zip Code — 81602

**5.g.** Postal Code

**5.h.** Province

**5.i.** Country
United States

**6.** Daytime Phone Number (

**7.** E-Mail Address of Attorney or Accredited Representative

## Part 2. Eligibility Information For Attorney or Accredited Representative

*(Check applicable items(s) below)*

**1.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

**1.a.** Supreme Court of Colorado

**1.b.** I *(choose one)* ☒ *am not* ☐ *am* subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. (If you are subject to any order(s), explain fully in the space below.)

**1.b.1.**

**2.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.a.** Name of Recognized Organization

**2.b.** Date Accreditation expires
*(mm/dd/yyyy)* ▶

**3.** ☐ I am associated with

**3.a.**

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete **number 1 (1.a. - 1.b.1.)** or **number 2 (2.a. - 2.b.)** in **Part 2** *(whichever is appropriate)*.

**4.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements of 8 CFR 292.1(a)(2)(iv).



## Part 3. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (select one):

**1.** ☐ USCIS - List the form number(s)

**1.a.** [                                      ]

**2.** ☐ ICE - List the specific matter in which appearance is entered

**2.a.** [                                      ]

**3.** ☒ CBP - List the specific matter in which appearance is entered

**3.a.** [ G-639                                ]

I hereby enter my appearance as attorney or accredited representative at the request of:

**4.** Select only one: ☒ Applicant ☐ Petitioner ☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

**5.a.** Family Name *(Last Name)* [ Orellana Sanchez ]

**5.b.** Given Name *(First Name)* [ Marta ]

**5.c.** Middle Name [ Alicia del Carmen ]

**5.d.** Name of Company or Organization, if applicable [                ]

**NOTE:** Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, **except when a safe mailing address is permitted** on an application or petition filed with Form G-28.

**6.a.** Street Number and Name [ ▓▓▓▓▓▓▓▓ ]

**6.b.** Apt. ☐ Ste. ☐ Flr. ☐ [                ]

**6.c.** City or Town [ Basalt ]

**6.d.** State [ CO ]  **6.e.** Zip Code [ 81621 ]

**7.** Provide A-Number and/or Receipt Number

[                                      ]

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

**8.a.** Signature of Applicant, Petitioner, or Respondent

[ *Marta* ]

**8.b.** Date *(mm/dd/yyyy)* ▶ [ 5-22·13 ]

## Part 4. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.** Signature of Attorney or Accredited Representative

[ *(signature)* ]

**2.** Signature of Law Student or Law Graduate

[ *(signature)* ]

**3.** Date *(mm/dd/yyyy)* ▶ [ 5/22/13 ]

## Part 5. Additional Information

**1.** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____



Notarized Statement of Identity

I certify under penalty of perjury that the following is true and correct to the best of my knowledge:

My name is: Marta Alicia del Carmen Orellana Sanchez;

I was born on ▮▮▮▮▮ n Ciudad Barrios, El Salvador;

I am a citizen of El Salvador and that;

My current mailing address is: ▮▮▮▮▮, Basalt, CO 81621

_MAROS_
Signature

_5-22-13_
Date

Notarization:

State of Colorado   }
                    } ss.
County of Garfield  }

Subscribed and sworn before me this 22nd day of May, 2013.

_Crystal Verdeja_
Notary Public

_1001 Grand Ave_
Address

_Glenwood Springs, CO 81601_
City, State, Zip code

CRYSTAL M. VERDEJA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012300
MY COMMISSION EXPIRES APRIL 20, 2017

My commission expires: _4/20/17_



### The Law Office of
### Jennifer M. Smith, P.C.
IMMIGRATION & NATURALIZATION

May 22, 2013

U.S. Citizenship and Immigration Services     VIA E-MAIL
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010

  RE: FOIA Request for Ms. Marta Alicia del Carmen Orellana Sanchez
  DOB: **10/30/1986**

Dear Sir or Madam,

  Enclosed please find the notarized statement of identity for the individual named above. As representative for Ms. Marta Alicia del Carmen Orellana Sanchez for purposes of this request, we have been asked to obtain any available records on her behalf. She was born on October 30, 1986, in Ciudad Barrios, El Salvador. We are seeking any and all records you may have for Ms. Marta Alicia del Carmen Orellana Sanchez.

  We are willing to pay the fees incurred in the processing of this request up to $25.00 to recover the full reasonable direct cost of searching for and duplicating the records sought, after the first 100 pages of duplication and the first 2 hours of search time. Thank you so much for your work on this FOIA request. Please do not hesitate to contact us with any additional questions.

       Very truly yours,

       Law Office of Jennifer M. Smith P.C.
       Jennifer M. Smith, Esq.

JMS: DG
Enclosure: Form G-639
cc: Ms. Marta Alicia del Carmen Orellana Sanchez

*HELPING OTHERS OPEN NEW DOORS*

P.O. Box 3005 • Glenwood Springs, CO 81602 • 1607 Grand Avenue, Suite 22 • Glenwood Springs, CO 81601
P 970.945.5111 • F 970.230.9099 • www.glenwoodimmigration.com



The Law Office of
Jennifer M. Smith, P.C
1607 Grand Ave., Suite 22
P.O. Box 3005
Glenwood Springs, CO 81602

CERTIFIED MAIL™



7011 3500 0002 6235 7370



UNITED STATES
POSTAL SERVICE

1000          64064

U.
GLENWOC
MAY
A

ELECTRONIC
ETURN RECEIPT

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P.O. Box 64810
Lee's Summit, MO 64064-8010