# Exhibit C

*Freedom of Information Act Office*

**U.S. Department of Homeland Security**
500 12th St SW, Stop 5009
Washington, DC  20536



September 03, 2015

Jennifer Smith
Law Office of Jennifer Smith, P.C.

Glenwood Springs, CO 81602

**RE:   ICE FOIA Case Number 2015-ICFO-25633**
**USCIS Case Number NRC2013059574**

Dear Ms. Smith:

U.S. Immigration and Customs Enforcement (ICE) received your request for records pertaining to Marta Alicia del Carmen Orellana Sanchez,          on March 04, 2013.  Your request is being processed under the provisions of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.  Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual[1] unless the agency has exempted the system of records from the access provisions of the Privacy Act.[2]

ICE's records indicate that as of September 03, 2015, the subject of your request is a fugitive under the Immigration and Nationality Act of the United States.  It is ICE's practice to deny fugitive alien FOIA requesters access to the FOIA process when the records requested could assist the alien in continuing to evade immigration enforcement efforts.  The agency has reviewed the information sought in your request and has determined that there is a connection between that information and the subject of the request's status as a fugitive.  The information you have requested and the fugitive status are both directly related to the Immigration and Nationality Act of the United States.

The ICE FOIA office declines to process your request until the subject of the request is no longer considered a fugitive.  If the fugitive surrenders at the nearest ICE office, you may notify this office and ICE will process your FOIA request.

You have the right to appeal ICE's determination and should you wish to do so, please send your appeal following the procedures outlined in the DHS regulations at 6 Code of Federal Regulations § 5.9 and a copy of this letter to:

                    U.S. Immigration and Customs Enforcement
                    Office of Principal Legal Advisor

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).

U.S. Department of Homeland Security
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

Your appeal must be received within 60 days of the date of this letter. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of the FOIA and Privacy Act allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.[3]

If you need to contact the FOIA office about this matter, please call (866) 633-1182 and refer to FOIA case number **2015-ICFO-25633**.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

---

[3] 6 CFR § 5.11(d)(4).