# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

---

## DECLARATION OF FERNANDO PINEIRO

---

I, Fernando Pineiro, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Deputy Freedom of Information Act (FOIA) Officer at the United States Immigration and Customs Enforcement (ICE) FOIA Office (ICE FOIA Office). I am making this declaration as the Acting ICE FOIA Officer while the ICE FOIA Officer is temporarily out of the office. I have held this position since December 29, 2013. Prior to this position, I was the FOIA Officer for three years at the Office for Civil Rights and Civil Liberties (CRCL) at the United States Department of Homeland Security (DHS). The ICE FOIA Office is responsible for processing and responding to all Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE.

2. As the Deputy FOIA Officer my official duties include the general management, oversight, and supervision of the ICE FOIA Office, which is responsible for the receipt, processing, and response to all FOIA, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests

received at ICE. In that capacity, I manage and supervise a staff of Paralegal Specialists, who report to me regarding the processing of FOIA and Privacy Act requests received by ICE. Due to my experience and the nature of my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of the FOIA and the Privacy Act.

3. I am further familiar with ICE's procedures in the processing of FOIA requests submitted by, or on behalf of, persons considered Fugitive Aliens, as set forth in the Standard Operating Procedure (SOP) adopted by ICE. The SOP was issued by the ICE Office of the Principal Legal Advisor (OPLA). Among other responsibilities as the agency's legal counsel, OPLA reviews all appeals of the ICE FOIA Office's response to requesters, and issues ICE's final agency decisions in accordance with 6 C.F.R. § 5.8(b) .

4. The only procedure employed by ICE when responding to FOIA requests submitted by, or on behalf of, fugitive aliens is embodied in the SOP. No other procedure or practice is employed by ICE outside of this SOP.

5. As set forth in the SOP, the practice set out in the SOP applies only to FOIA requests submitted directly to ICE, which are typically for records that are kept in the agency's law enforcement databases, and include records such as investigatory files, records of ICE encounters with an aliens, attorney notes, and officers' investigatory notes. Under the SOP, where a request is made to ICE by a requester determined to be a fugitive alien for records that are kept in ICE's law enforcement databases, ICE will withhold the fugitive alien's records under FOIA Exemption 7(A), 5 U.S.C. § 552(b)(7)(A), and the fugitive disentitlement doctrine. As the SOP makes clear, there is never a situation in which ICE FOIA would deny a fugitive

alien's FOIA request on the basis the fugitive disentitlement doctrine but not FOIA Exemption 7(A).

6. As discussed in the SOP, referrals, unlike submissions directly to ICE, are processed by ICE in the ordinary course and categorical withholding based on the alien's fugitive status does not apply. When ICE processes a referral, or any other FOIA request "in the ordinary course," that means that ICE looks to FOIA and DHS's FOIA regulations to determine whether the requested records should be released, or whether the requested records are exempt from release. In other words, there is no special policy or practice that applies to such requests. As explained in the SOP, referrals predominantly involve requests for A-files. ICE has determined that such requests generally do not implicate the law enforcement concerns embodied in the SOP, and therefore has determined not to expend its limited resources applying this policy to referrals.

7. The SOP is only applicable to ICE and no other federal agency.

8. The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of its business activities, and information provided to me by other ICE employees in the course of my official duties.

Executed this 6th day of October, 2017.

_____
Fernando Pineiro, Deputy FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, DC 20536-5009