IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#74] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#74] is **GRANTED**. Accordingly, the deadline for the parties to file motions for summary judgment is **January 14, 2019**.[1]

    Dated: November 8, 2018

---

[1] The parties request that the filing deadline be extended until the first weekday, forty-five days after Defendant's November 29, 2018 deadline to read, amend, and sign the Rule 30(b)(6) deposition transcript. *Motion* [#74]. Forty-five days after November 29, 2018, is January 13, 2019, which is a Sunday, not a Monday as the parties state. *Id.* at 2. Accordingly, the Court sets the filing deadline for that following Monday, which is January 14, 2019.