## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137 WJM-KLM

JENNIFER M. SMITH,

     Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

     Defendant.

---

## RESPONSE TO DEFENDANT'S
## MOTION TO AMEND SCHEDULING ORDER (DOC #80)

---

Plaintiff Jennifer M. Smith, through her undersigned counsel, respectfully responds to defendant's motion to amend the scheduling order to delay the motion deadline for another 35 days until March 26, 2019 (Doc. #80).

In its motion, ICE advises the court that Ian Kellogg, one of the government's attorneys of record on this case, is recovering from a significant medical issue, and needs a 35-day extension to return to work and prepare ICE's motion. Motion ¶4. In addition, ICE argues that the government shutdown prevented ICE from working on the motion during the shutdown, and leaves them "facing numerous short-term deadlines" (*id.* ¶3), and further argues that there is no urgency to this case in any event (*id.* ¶6).

Plaintiff's counsel discussed these matters with ICE's other attorney of record, David Moskowitz, who prepared and filed the Motion (Doc. #80). Plaintiff is sympathetic to Mr. Kellogg's situation, and understands that in his absence, the government will not be able to rely on Mr. Kellogg's personal involvement with the case. In this vein, Plaintiff offered to

stipulate to a 14-day extension to permit the United States Government to assign another attorney to the case, if necessary, and to provide 14 days for that new attorney to get up to speed in the case and to prepare and file a motion for summary judgment—possibly using Mr. Kellogg's draft or notes, or whatever work product he produced before the shutdown.

That said, Plaintiff urges the court to reject the government's remaining arguments. The parties already accounted for the shutdown by filing a joint motion (Doc. #77) extending the motions deadline, which this court ordered (Doc. #79). The government should not receive another extension for the same shutdown.

Second, the court should reject the argument that there is no urgency to this case. This case involves a policy under which ICE "categorically withholds" documents in response to FOIA requests on behalf of those it unilaterally designates as "fugitives." As Plaintiff has amply explained to the court, without access to the government's records, Plaintiff is unable to provide adequate legal representation to her clients, which impairs her clients' rights under the law. *See generally* Response to Motion to Dismiss (Doc. #40) at 3-5. Plaintiff is the aggrieved party seeking redress, and the government's attempt to minimize the impact of its illegal behavior is unwarranted.

This case is not about any individual attorney or about the workload of the United States Attorney's Office. Plaintiff has attempted to accommodate the government by agreeing to a 14-day extension for another attorney to get up to speed and represent ICE, if the current attorneys of record are unavailable. But it is unreasonable for the government to seek a five-week delay to accommodate their desire to have a specific attorney handle the case, particularly given the immense resources of the United States government.

Plaintiff respectfully urges the court to modify the scheduling order to permit an extension of no more than 14 days, i.e., to March 5, 2019, at the latest.

Respectfully submitted this 7th day of February, 2019.

DANIEL J. CULHANE LLC

*s/* Daniel J. Culhane

_____
Daniel J. Culhane
1600 Broadway, Suite 1600
Denver, CO 80202
Telephone: 303.945.2070
Facsimile: 720.420.5998
Dan@CulhaneLaw.com
*AS COOPERATING ATTORNEY FOR THE*
*ACLU FOUNDATION OF COLORADO*


Mark Silverstein
Sara R. Neel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 E. 17th Avenue, Suite 350
Denver, CO 80203
Telephone: 720.402.3107
Facsimile: 303.777.1773
msilverstein@aclu-co.org
sneel@aclu-co.org
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, together with all attachments and supporting documents, if any, was filed electronically with the ECF system, which will send notifications of such filing(s) to all counsel of record.

*s/ Daniel J. Culhane* _____