IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Scheduling Order** [#80] (the "Motion"). In the Motion [#80], Defendant seeks a thirty-five day extension of the parties' deadline to file motions for summary judgment from February 19, 2019, to March 26, 2019. As grounds for the requested extension, Defendant states that its primary counsel recently underwent unexpected surgery on January 28, 2019, and is not expected to return to work until the end of February. *Motion* [#80] at 2. Further, Defendant notes the unusually high workload counsel is currently experiencing due to the recent lapse in Congressional appropriations to the Department of Justice. According to Defendant, Plaintiff opposes the Motion [#80] but would not oppose an extension of fourteen days. However, in light of the circumstances detailed in the Motion [#80], the Court finds that the requested extension is reasonable and would not prejudice either party.[1] Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**. The parties' deadline to file motions for summary judgment is extended to **March 26, 2019**.

    Dated: February 7, 2019

---

[1] Although Plaintiff has not filed a response to the Motion [#80] and the deadline to do so has not yet passed, the Court may nonetheless rule on the Motion. *See* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").