*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



February 4, 2019

Daniel Harris
GIBSON DUNN
200 Park Ave Flr 48
New York, NY 10166

**RE: 2019-ICAP-▮▮▮▮, 2018-ICFO-▮▮▮▮**

Dear Mr. Harris:

This is in response to your letter dated December 13, 2018, received December 13, 2018, appealing the U.S. Immigration and Customs Enforcement (ICE) Freedom of Information Act (FOIA) Office's response to your FOIA request, dated September 13, 2018, seeking records pertaining to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

By letter dated October 5, 2018, the ICE FOIA Office advised that as of October 5, 2018, the subject of your request is a fugitive under the Immigration and Nationality Act and thus declined to process your request until the subject of the request is no longer a fugitive. You have appealed the ICE FOIA Office's decision.

Upon a complete review of the administrative record, ICE has determined that new search(s) or, modifications to the existing search(s), could be made. Therefore, ICE is remanding your request to the ICE FOIA Office for processing and re-tasking to the appropriate agency/office(s) to obtain any responsive documents. The ICE FOIA Office will respond directly to you.

Further, ICE recommends that you also consider submitting a FOIA/PA request with U.S. Citizenship and Immigration Services National Records Center (information on making a request can be found at https://www.uscis.gov/about-us/freedom-information-and-privacy-act-foia/how-file-foia-privacy-act-request/how-file-foiapa-request).

Should you have any questions regarding this appeal remand, please contact ICE at ice-foia@dhs.gov. In the subject line of the email, please include the word "appeal," your appeal number, which is **2019-ICAP-▮▮▮▮**, and the FOIA case number, which is **2018-ICFO-▮▮▮▮**.

FOIA 0003

Page 2

        Sincerely,

        *Sara Jazayeri*

        Erin J. Clifford
        Chief
        Government Information Law Division
        ICE Office of the Principal Legal Advisor
        U.S. Department of Homeland Security