# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE RESPONSES TO SUMMARY JUDGMENT MOTIONS [84, 85]**

---

    Pursuant to D.C.COLO.LCivR 6.1 and D.C.COLO.LCivR 7.1(c), Defendant moves for a two-week and three-day extension of time for both parties to file responses to one another's summary judgment motions, ECF Nos. 84, 85, up to an including Friday, May 3, 2019.

    The parties filed separate motions for summary judgment on March 26, 2019. ECF Nos. 84, 85. The parties' responses to one another's motions are currently due on April 16, 2019. D.C.COLO.LCivR 7.1(d). Defendant is requesting that the parties be afforded an additional two weeks and three days, up to and including May 3, 2019, to file their responses.

    The parties' summary judgment briefing totals more than 200 pages with exhibits. The parties' briefs present radically different perspectives on both the issues for resolution by the Court on summary judgment and the facts material to those issues. The parties would benefit from additional time to consider the evidence and arguments put forward in one another's summary judgment briefing and formulate appropriate responses on the dispositive motions for

the Court's resolution. Defendant also requires additional time to investigate the circumstances surrounding responses to two non-party FOIA requests attached to Plaintiff's motion.

No trial has been set in this FOIA case, and the requested extension will not interfere with any other deadlines in this case.

The parties have not sought or been granted any prior extensions of time to respond to the motions for summary judgment. D.C.COLO.LCivR 6.1(b).

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion and extend the parties' time to respond to one another's motions for summary judgment until May 3, 2019.

*Certificate of conferral*. The undersigned conferred with Plaintiff's counsel before filing this motion. Plaintiff's counsel does not oppose Defendant's requested extension and further agrees that the response deadlines for both parties should be extended as requested herein. D.C.COLO.LCivR 7.1(a).

DATED: April 5, 2019

Respectfully Submitted,

JASON R. DUNN
United States Attorney

*s/ Ian J. Kellogg*
Ian J. Kellogg
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone:(303) 454-0100
Fax: (303) 454-0407
ian.kellogg@usoj.gov

Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to any party who has entered an appearance in this matter to the address provided in CM/ECF, including the following:

    Dan@CulhaneLaw.com
    msilverstein@aclu-co.org
    sneel@aclu-co.org

In addition, as required by D.C.COLO.LCivR 6.1(c), service of this motion will be made contemporaneously on Defendant, through agency counsel:

Sanida Halebic
Associate Legal Advisor
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement

                                            *s/ Ian J. Kellogg*
                                           U.S. Attorney's Office