IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-2137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment in Part, Denying Defendant's Motion for Summary Judgment, and Permanently Enjoining Defendant [ECF 92] entered by Judge William J. Martínez on December 16, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Motion for Summary Judgment [ECF 84] is denied. It is further

ORDERED that Plaintiff's Motion for Summary Judgment [ECF 85] is granted, as stated in the Order Granting Plaintiff's Motion for Summary Judgment in Part, Denying Defendant's Motion for Summary Judgment, and Permanently Enjoining Defendant [ECF 92]. It is further

ORDERED that final judgment is hereby entered in favor of Plaintiff, Jennifer M. Smith, and against Defendant, U.S. Immigration and Customs Enforcement. It is further

ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED at Denver, Colorado this 16th day of December, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
    Anna Frank, Deputy Clerk