IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

**JOINT MOTION TO STAY PROCEEDINGS RELATED TO COSTS AND ATTORNEY'S FEES PENDING APPEAL**

---

    Plaintiff Jennifer M. Smith and Defendant U.S. Immigration and Customs Enforcement ("ICE") hereby jointly move for an Order staying proceedings regarding Plaintiffs' entitlement to, and the amount of, costs and attorney's fees pending the resolution of any appeal, and in support thereof state as follows:

    1.    On December 16, 2019, the Court granted Plaintiff's motion for summary judgment in part and entered final judgment against ICE.   ECF Nos. 92, 93.

    2.    The Court also awarded Plaintiff costs pursuant to D.C.COLO.LCivR 54.1.   ECF No. 92 at 43; ECF No. 93 at 2.

    3.    In Freedom of Information Act cases, the Court may also assess against the government reasonable attorney fees and other litigation costs reasonably incurred in a case in which the claimant has substantially prevailed.   5 U.S.C. § 552(a)(4)(E)(i); *see also, e.g.*, *Davy*

*v. CIA*, 550 F.3d 1155, 1159 (D.C. Cir. 2008) (discussing criteria considered by courts in determining whether a substantially prevailing FOIA litigant is entitled to attorney's fees).

4.   The deadline for Plaintiff to seek fees and costs is currently December 30, 2019, 14 days after the entry of judgment.   Fed. R. Civ. P. 54(d)(2)(B)(i) (providing that, unless a statute or Court order provides otherwise, a motion for attorney's fees must be filed no later than 14 days after the entry of judgment); D.C.COLO.LCivR 54.1 (providing that a bill of costs shall be filed no later than 14 days after entry of judgment); ECF No. 93 at 2 ("Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment . . . .").

5.   If ICE elects to appeal the Court's decision, the deadline for ICE to file a notice of appeal is February 14, 2020, 60 days after entry of judgment.   Fed. R. App. P. 4(a)(1)(B)(ii).

6.   The decision whether to take an appeal in this matter will be made by the Office of the United States Solicitor General, not the U.S. Attorney's Office for the District of Colorado.   It is not anticipated that a decision on appeal will be reached until close to the deadline for filing a notice of appeal.

7.   The parties respectfully submit that it would be in the interests of justice and judicial economy, and an appropriate exercise of the Court's discretion, to stay proceedings related to Plaintiffs' costs and entitlement to attorneys' fees until 30 days after the deadline to file a notice of appeal, if no notice of appeal is filed, or 30 days after the mandate issues in any appeal, if an appeal is taken.

8.   This Court has the power to stay proceedings relating to fees and costs. *Cf. Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay

proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance.); *cf. also Vanech v. Acosta*, No. 13-cv-00168-RPM, ECF No. 156 (D. Colo. Sept. 18, 2018) (Order staying further proceedings on Plaintiff's motion for fees and expenses pending completion of appellate proceedings).

9. The Court should exercise its discretion to grant the requested stay in this case to promote efficiency and judicial economy.

    a. If no appeal is taken, Plaintiff will file her bill of costs and any application for attorney's fees within 30 days of the expiration of the time to file a notice of appeal. No material delay will result from this extension, which would alleviate uncertainty surrounding Plaintiffs' entitlement to, and/or the amount of, any fees and costs.

    b. Similarly, if an appeal is taken, then the outcome of the appeal could moot any issues with respect to Plaintiffs' entitlement to fees and costs, or could impact the amount of fees and costs that Plaintiff claims.

    c. In either case, it would be more efficient for the Court to defer proceedings on fees and costs until after it is determined whether an appeal will be taken, and, if so, after the appeal is resolved.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this motion and stay proceedings related to Plaintiffs' costs and attorneys' fees—including the filing of a bill of costs and a motion for fees, and any briefing or hearings related thereto—

until 30 days after the deadline to file a notice of appeal, if no notice of appeal is filed, or 30 days after the mandate issues in any appeal, if an appeal is taken.

Respectfully submitted this 23rd day of December, 2019.

| DANIEL J. CULHANE LLC | JASON R. DUNN |
|---|---|
| | United States Attorney |
| *s/ Daniel J. Culhane* | District of Colorado |
| Daniel J. Culhane | |
| 1600 Broadway, Suite 1600 | *s/ Ian J. Kellogg* |
| Denver, CO 80202 | Ian J. Kellogg |
| Telephone:  303.945.2070 | Assistant United States Attorneys |
| Fax:  720.420.5998 | 1801 California Street, Suite 1600 |
| Dan@CulhaneLaw.com | Denver, Colorado 80202 |
| *As Cooperating Attorney for the ACLU Foundation of Colorado* | Telephone: (303) 454-0100 |
| | Fax: (303) 454-0404 |
| | ian.kellogg@usdoj.gov |
| Mark Silverstein | |
| Sara R. Neel | Attorneys for Defendant |
| American Civil Liberties Union | |
| Foundation of Colorado | |
| 303 E. 17th Avenue, Suite 350 | |
| Denver, CO 80203 | |
| Telephone: 720.402.3107 | |
| Facsimile: 303.777.1773 | |
| msilverstein@aclu-co.org | |
| sneel@aclu-co.org | |
| | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, together with all attachments and supporting documents, if any, was filed with the Clerk of Court using the ECF system which will send notification of such filing all counsel of record via email.

*/s Daniel J. Culhane*
