**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02137-WJM-KLM

JENNIFER M. SMITH,

    Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

_____

**NOTICE OF APPEAL**
_____

Defendant U.S. Immigration and Customs Enforcement appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's December 16, 2019 Order Granting Plaintiff's Motion for Summary Judgment In Part, Denying Defendant's Motion for Summary Judgment, and Permanently Enjoining Defendant (ECF No. 92), the Final Judgment entered December 16, 2019 (ECF No. 93), and the District Court's April 5, 2017 Order Denying Motion to Dismiss (ECF No. 45).

DATED:  February 14, 2020.    Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ Ian J. Kellogg*
Ian J. Kellogg
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0407
E-mail: ian.kellogg@usdoj.gov

Attorneys for U.S. Immigration and Customs Enforcement

## CERTIFICATE OF SERVICE

I certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

> Dan@CulhaneLaw.com
> msilverstein@aclu-co.org
> sneel@aclu-co.org

*s/ Ian J. Kellogg*
United States Attorney's Office
